UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PATRICK ANTHONY RIBBING,

    Plaintiff,

v.                                         Case No. 3:20cv5698-RV-HTC

STATE OF FLORIDA, et al.,

    Defendants.
_____/

# **O R D E R**

This case is before the Court based on the Magistrate Judge's Report and Recommendation (Doc. 6). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.[1] Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** that:

1. The Magistrate Judge's Report and Recommendation (Doc. 6) is adopted and incorporated by reference in this Order.

---

[1] Although the plaintiff has not filed an objection to the Report and Recommendation *per se*, he has filed a document entitled "Affidavit of Debt" (Doc. 8), which I have reviewed.

2. This case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to prosecute and failure to comply with orders of the Court.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 29th day of September, 2020.

s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**